IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC. CLERK, CHARLESTON, SC

2014 JAN 13  A 8: 52

| | |
|---|---|
| Dorothy Brannon ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:12-2368-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |

Plaintiff has brought this action pursuant to 42 U.S.C. §§ 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying his claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 DSC, this matter was referred to a United States Magistrate Judge for pre-trial handling. The Magistrate Judge issued a Report and Recommendation on December 23, 2013 recommending that the Commissioner's decision be reversed and remanded under Sentence Four of 42 U.S.C. § 405(g). (Dkt. No. 20). The Commission filed a reply indicating that she would not file objections to the Report and Recommendation. (Dkt. No. 23). After reviewing the Report and Recommendation, the underlying record and applicable law, the Court adopts the Report and Recommendation as the order of this Court. Therefore, the decision of the Commissioner is reversed and remanded for action consistent with the order of this Court pursuant to Sentence Four of 42 U.S.C. § 405(g).

AND IT IS SO ORDERED.

                                          Richard Mark Gergel
                                          United States District Judge

January 13, 2014
Charleston, South Carolina